UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH TAFARI KEYES-ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. CHAPA, et al.,<br><br>　　　　Defendants. | Case No.: 1:25-cv-00077-SKO<br><br>**ORDER DIRECTING CLERK OF THE COURT TO RE-SERVE FIRST SCREENING ORDER**<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND TO THE FIRST SCREENING ORDER WITHIN 21 DAYS** |

Plaintiff Micah Tafari Keyes-Anderson is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.　INTRODUCTION**

The Court issued its First Screening Order on September 29, 2025, (Doc. 10), which was served on Plaintiff that same date.

On October 22, 2025, the docket for this action indicates the screening order was returned by the United States Postal Service marked "Undeliverable, Refused, Return to Sender, Unable to Forward."

Because the return of the screening order appears to be mistake, the Court will direct the Clerk of the Court to re-serve Plaintiff at his address of record and order Plaintiff to respond within 21 days.

//

## II. DISCUSSION

A review of the docket for this action reveals Plaintiff's address of record is

> Micah Tafari Keyes-Anderson
> BF-1818
> CALIFORNIA STATE PRISON, SACRAMENTO (290066)
> P.O. BOX 290066
> REPRESA, CA 95671-0066

Although the USPS's recent return of the screening order was marked as "Undeliverable," the California Department of Corrections and Rehabilitation's inmate locator tool reveals Plaintiff remains incarcerated at California State Prison, Sacramento, as of today's date.[1] Thus, it appears that the screening order was mistakenly returned by the institution. The Court will direct the Clerk of the Court to re-serve the First Screening Order on Plaintiff at his address of record on file with the Court. Plaintiff must respond within 21 days of the date of this Order.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The Clerk of the Court is **DIRECTED** to re-serve the First Screening Order (Doc. 10) to Plaintiff at his address of record;

2. Plaintiff **SHALL** respond to the First Screening Order, **within 21 days of the date of this Order**, by:

    a. notifying the Court in writing that he does not wish to file a first amended complaint, and he is willing to proceed only on the Eighth Amendment excessive force claims against Defendants Chapa, Luna, Salazar, Aguilar, Gamboa-Campos, Bravo-Rodriguez, Valero, and Cruz; the remaining claims against any defendant to be dismissed; *or*

    b. filing a first amended complaint curing the deficiencies identified by the Court in the First Screening Order; *or*

    c. in the alternative, filing a notice of voluntary dismissal;

---

[1] https://ciris.mt.cdcr.ca.gov/results?cdcrNumber=BF1818, as of 11/10/2025. Plaintiff was incarcerated at that same institution when he filed his original complaint on December 17, 2024. (*See* Doc. 1.)

3. **Plaintiff is advised that a failure to comply with this Order or the First Screening Order will result in a recommendation that this action be dismissed, without prejudice, for a failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **November 10, 2025**           /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE