# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH TAFARI KEYES-ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>A. CHAPA, et al.,<br><br>Defendants. | Case No.: 1:25-cv-00077-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 12, 14) |

Plaintiff seeks to hold defendants liable for violations of his civil rights. Following screening, and Plaintiff's election to proceed on the claims found cognizable by the Court, the assigned magistrate judge recommended this action proceed only on Plaintiff's Eighth Amendment excessive force claims against Defendants Chapa, Luna, Salazar, Aguilar, Gamboa-Campos, Bravo-Rodriguez, Valero, and Cruz; the remaining claims and defendants to be dismissed. (Doc. 14.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 2.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued November 26, 2025 (Doc. 14) are **ADOPTED** in full.
2. This action **PROCEEDS** only on Plaintiff's Eighth Amendment excessive force claims against Eighth Amendment excessive force claims against Defendants Chapa, Luna, Salazar, Aguilar, Gamboa-Campos, Bravo-Rodriguez, Valero, and Cruz.
3. Any remaining claims in Plaintiff's complaint are **DISMISSED**.
4. Defendants D. Diaz and J. Escutia are **DISMISSED** from the action.
5. The Clerk of Court is directed to update the docket and terminate D. Diaz and J. Escutia as defendants.

IT IS SO ORDERED.

Dated:   **December 26, 2025**

UNITED STATES DISTRICT JUDGE