UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH TAFARI KEYES-ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> A. CHAPA, et al., <br><br> Defendants. | Case No.: 1:25-cv-00077-JLT-EGC (PC) <br><br> **ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE NOTICE REGARDING EARLY ADR** <br><br> 14-Day Deadline |

Plaintiff Micah Tafari Keyes-Anderson is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendants Chapa, Luna, Salazar, Aguilar, Gamboa-Campos, Bravo-Rodriguez, Valero, and Cruz. (*See* Doc. 15.)

On May 6, 2026, the Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 120 Days. (Doc. 24.) Relevant here, the parties were directed to "file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time" within 45 days of the date of the order. (*Id*. at 2.) On June 18, 2026, Defendants timely filed notice indicating a willingness to participate in an early settlement conference. (Doc. 25.)

Despite the passage of more than 45 days, plus time for mailing, Plaintiff has failed to file the Notice Regarding Early Settlement Conference as directed.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff **SHALL** show cause in writing, **within 14 days** of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Court's order issued May 6, 2026; *or*

2. **Alternatively**, within that same time, Plaintiff may file the completed notice form provided and served to Plaintiff on May 6, 2026.

   **WARNING: Plaintiff's failure to comply with this Order to Show Cause (OSC) and the Court's May 6, 2026, order may result in a recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:    **June 23, 2026**                    _____

                                          UNITED STATES MAGISTRATE JUDGE

2