UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH TAFARI KEYES-ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>A. CHAPA, et al.,<br><br>Defendants. | Case No.: 1:25-cv-00077-JLT-EGC (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING DEFENSE COUNSEL TO CONTACT COURTROOM DEPUTY ABOUT SCHEDULING**<br><br>(Doc. 26) |

On June 23, 2026, the Court issued its Order to Show Cause (OSC) in Writing Why Sanctions Should Not Be Imposed for Plaintiff's Failure to File Notice Regarding Early ADR. (Doc. 26.) Plaintiff was directed to respond within 14 days. (*Id*. at 2.)

On June 26, 2026, Plaintiff filed notice indicating he wished to participate in an early settlement conference. (Doc. 27.)

**CONCLUSION AND ORDER**

Accordingly, the OSC (Doc. 26) is **DISCHARGED**. Further, defense counsel **SHALL** contact the undersigned's courtroom deputy to schedule the settlement conference (*see* Doc. 24 at 2) **no later than July 10, 2026**.

IT IS SO ORDERED.

Dated:    **June 30, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE